1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9    WILLIAM ROUSER,

10              Plaintiff,                    No. CIV S 07-1107 LEW GGH P

11          vs.

12   RUTHERFORD, et al.,

13              Defendants.                   ORDER

14   _____/

15          Plaintiff, an inmate housed in Pleasant Valley State Prison, has filed an "affidavit

16   of information of high crimes and misdemeanors," seeking freedom to exercise freedom of

17   religion.  No other pleadings have been filed by the plaintiff.  In order to commence an action,

18   plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and

19   plaintiff must either pay the required filing fee or file an application requesting leave to proceed

20   in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders

21   granting or denying relief until an action has been properly commenced.  Therefore, plaintiff's

22   motion will be denied without prejudice.  Plaintiff will be provided the opportunity to file his

23   complaint, and to submit an application requesting leave to proceed in forma pauperis or to

24   submit the appropriate filing fee.

25   _____
26          [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
     filing fee but will be allowed to pay it in installments.

                                              1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's June 11, 2007 affidavit is disregarded;

3    2.  Plaintiff is granted thirty days from the date of service of this order to file a

4 complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

5 Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned

6 this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also

7 submit, within thirty days from the date of this order, the application to proceed in forma

8 pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

9 Plaintiff's failure to comply with this order will result in a recommendation that this matter be

10 dismissed; and

11    3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a

12 civil rights action, and the application to proceed in forma pauperis by a prisoner.

13 DATED:  8/8/07

14    /s/ Gregory G. Hollows

15    _____
     GREGORY G. HOLLOWS
16    UNITED STATES MAGISTRATE JUDGE

17

18 GGH:cm
   rous1107.noc

19

20

21

22

23

24

25

26

2