IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,　　　　　　　　　　No. CIV S-07-1107 LEW GGH P

  vs.

K. RUTHERFORD, et al.,

    Defendants.

_____/　　　　　ORDER

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 31, 2008, the court found that the complaint stated a colorable claim for relief as to defendants Rutherford, Hilliard, Sauceda, Kowalczyk, Subia, Garcia, Chamerlin and Long. The court dismissed the claims against defendants Tilton, Kernan and Knipp with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court orders service of the claims found colorable and separately recommends dismissal of the claims against defendants Tilton, Kernan and Knipp.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants: Rutherford, Hilliard, Sauceda, Kowalczyk, Subia, Garcia, Chamerlin and Long.

       2. The Clerk of the Court shall send plaintiff 8 USM-285 forms, one summons,

1  an instruction sheet and a copy of the complaint filed September 11, 2007.
2          3.  Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission of Documents and submit the following documents to the court:
4              a.  The completed Notice of Submission of Documents;
5              b.  One completed summons;
6              c.  One completed USM-285 form for each defendant listed in number 3
7              above; and
8              d.  Nine copies of the endorsed complaint filed September 11, 2007.
9          4.  Plaintiff need not attempt service on defendants and need not request waiver of
10 service.  Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
12 without payment of costs.
13 DATED:  04/16/08

                                             /s/ Gregory G. Hollows
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

16 rou1107.1

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WILLIAM ROUSER,

11          Plaintiff,                          No. CIV S-07-1107 LEW GGH P

12      vs.

13  K. RUTHERFORD,                              <u>NOTICE OF SUBMISSION</u>

14          Defendants.                         <u>OF DOCUMENTS</u>

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18              _____      completed summons form

19              _____      completed USM-285 forms

20              _____      copies of the _____
                                        Complaint/Amended Complaint

21  DATED:

22

23                                          _____
                                                         Plaintiff
24

25

26