IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                        No. CIV S-07-1107 LEW GGH P

    vs.

K. RUTHERFORD, et al.,

        Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 31, 2008, the court found that the complaint stated a colorable claim for relief as to defendants Rutherford, Hilliard, Sauceda, Kowalczyk, Subia, Garcia, Chamerlin and Long.  The court dismissed the claims against defendants Tilton, Kernan and Knipp with thirty days to file an amended complaint.  Thirty days passed and plaintiff did not file an amended complaint.  Accordingly, the court now recommends dismissal of the claims against defendants Tilton, Kernan and Knipp.  The court separately orders service of the claims found colorable.

        Accordingly, for the resons stated in the January 31, 2008, order, IT IS HEREBY RECOMMENDED that the claims against defendants Tilton, Kernan and Knipp be dismissed.

        These findings and recommendations are submitted to the United States District

1 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
2 days after being served with these findings and recommendations, plaintiff may file written
3 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
4 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
5 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
6 F.2d 1153 (9th Cir. 1991).

7 DATED:   04/16/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

11 rou1107.56