IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                       No. CIV S-07-1107 JAM GGH P

    vs.

K. RUTHERFORD, et al.,

        Defendants.               <u>ORDER</u>

        Pending before the court is plaintiff's July 17, 2009, motion for return of his legal property. Plaintiff states that on July 2, 2009, he was placed in administrative segregation at which time his legal property was taken away.

        While it is clear from the pending motion that plaintiff is not permitted to have his legal property in his cell with him while in administrative segregation, it is not clear whether plaintiff may request that portions of his property be delivered to him.

        In addition, plaintiff is now housed at Pleasant Valley State Prison (PVSP). The defendants are located at Mule Creek State Prison (MCSP). The court would have to invoke the All Writs Act, 28 U.S.C. § 1651(a) in order to require officials at PVSP to respond to a renewed motion. Before the court would order PVSP to respond to a renewed motion, plaintiff would have to provide more information, including whether he is allowed to have portions of the

1

1  property in his cell.  If plaintiff's request for partial access to his property has been denied, a
2  renewed motion must state who denied the requests and when.
3         Accordingly, IT IS HEREBY ORDERED that plaintiff's July 17, 2009, motion
4  for access to his legal property (no. 39) is denied without prejudice.
5  DATED: August 7, 2009
6                                               /s/ Gregory G. Hollows
7                                             UNITED STATES MAGISTRATE JUDGE
8  rou1107.ord