1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM ROUSER,

11            Plaintiff,                    No. CIV S-07-1107 JAM GGH P

12        vs.

13   K. RUTHERFORD, et al.,

14            Defendants.              ORDER

15   _____/

16            On December 11, 2009, plaintiff filed a motion to reinstate his summary judgment

17   originally filed April 6, 2009.

18            Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to

19   reinstate his summary judgment motion (no. 54) is granted; within twenty-eight days of the date

20   of this order, defendants shall file an opposition to plaintiff's summary judgment motion;

21   plaintiff may file a reply within fourteen days thereafter.

22   DATED: December 22, 2009

23                                          /s/ Gregory G. Hollows

24                                          _____

24                                          UNITED STATES MAGISTRATE JUDGE

25   rou1107.rei

26

1