IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                        No. CIV S-07-1107 JAM GGH P

    vs.

K. RUTHERFORD, et al.,

        Defendants.               <u>ORDER</u>

_____/

On December 2, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 17, 2009, denying plaintiff's motion for law library access. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 17, 2009, is affirmed.

DATED: January 22, 2010

                                                    /s/ John A. Mendez
                                                    UNITED STATES DISTRICT JUDGE